George Haram, Administrator of Estate of Markus E. Haram, Deceased, Appellant, v. Frank Kranz et al., Trading as Federal Cartage Company et al., Appellees.

Gen. No. 43,842.

opinion filed February 26, 1947; released for publication March 20, 1947. Royal W. Irwin, for appellant; Burt A. Crowe, for appellee; Carl E. Abrahamson, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.